VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SONNER,<br><br>    Plaintiff,<br><br>    v.<br><br>PREMIER NUTRITION COMPANY, LLC,<br><br>    Defendant. | Case No. 3:20-cv-07453-RS<br><br>**ORDER ON STIPULATION TO REMAND ACTION TO CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF ALAMEDA**<br><br><u>CLASS ACTION</u> |

## ORDER

Pursuant to the stipulation of the Parties, by and through their respective counsel of record, it is hereby

**ORDERED** that United States District Court Case No. 3:20-cv-07453-RS is hereby remanded to the Superior Court of California in and for the County of Alameda, Case No. RG20072126.

It is hereby **FURTHER ORDERED** that Defendant Premier Nutrition Company LLC's Motion to Dismiss [Dkt. No. 13] is administratively terminated without prejudice.

**IT IS SO ORDERD**.

Dated: __November 12__, 2020

By: _____
Hon. Richard Seeborg
United States District Judge